# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Roseline Dike-Winston, d/b/a Queens Caribbean African Restaurant,<br><br>　　　Plaintiff<br><br>v.<br><br>1083 East Tropicana, LLC,<br><br>　　　Defendant | Case No.: 2:23-cv-00433-JAD-DJA<br><br>**Order Dismissing and Closing Case** |

　　　Pro se plaintiff Roseline Dike-Winston filed this action against her former landlord, 1083 East Tropicana, LLC, for racial discrimination, breach of contract, and negligence. On November 15, 2023, the court dismissed with leave to amend her racial-discrimination claim, which was the sole basis for this court's exercise of subject-matter jurisdiction over this otherwise state-law case between two Nevada parties. That order warned Dike-Winston that if she did not file an amended complaint by December 15, 2023, "her case will be dismissed without prejudice to her ability to file her claims in state court."[1] That deadline passed with no amended complaint and no request to extend the deadline to file one.

　　　Because Dike-Winston's failure to file an amended complaint leaves her with exclusively state-law claims and no anchor for federal jurisdiction, I exercise my discretion under 28 U.S.C. § 1367(c)(3), and decline to further exercise supplemental jurisdiction over her lone remaining breach-of-contract claim.

---

[1] ECF No. 18 at 11.

1  IT IS THEREFORE ORDERED that **THIS CASE IS DISMISSED without prejudice to plaintiff's ability to refile it in state court. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 9, 2024